**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

MINNESOTA, MINING AND MANUFACTURING, CO.,

Plaintiff,

v.

DOCTOR'S RESEARCH GROUP, INC.

Defendant.

CIVIL ACTION NO. CV 00859-PAM/JGL

**ORDER (PROPOSED)**

Upon consideration of Defendant Doctor's Research Group, Inc.'s ("DRG") Unopposed Motion for Extension of Time to Respond to Complaint, it is ORDERED that this request is granted and that the due date for DRG's Answer to Minnesota, Mining and Manufacturing, Co.'s Complaint is changed to June 15, 2000.

SIGNED on May 5, 2000.

BY THE COURT:

JONATHAN LEBEDOFF
United States District ~~Court~~ Judge

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK