**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

MINNESOTA, MINING AND MANUFACTURING, CO.,

Plaintiff,

v.

DOCTOR'S RESEARCH GROUP, INC.

Defendant.

CIVIL ACTION NO. CV 00859-PAM/JGL

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The parties, by and through their undersigned counsel, hereby stipulate that the defendant's time to answer or otherwise respond to the Complaint shall be continued through July 17, 2000 to allow the parties to continue negotiations of a settlement agreement.

DATE: June 13, 2000

FULBRIGHT & JAWORSKI, LLP

Mark N. Mutterperl, Esq.
Scott Zarin, Esq.
Fulbright & Jaworski, LLP
666 Fifth Avenue
New York, NY 10103-3198

Timothy Kenny, Esq.
Patrick J. Gallagher, Esq.
4850 U.S. Bank Place
601 Second Avenue South
Minneapolis, Minnesota 55402-4320
(612) 321-2800

***Attorneys for Plaintiff, Minnesota Mining and Manufacturing Company***

FILED 6-14-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

DATE: June 13, 2000

KELLY & BERENS, P.A.

Maret R. Moreland 025356X
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

***Attorneys for Defendant Doctor's Research Group, Inc.***

**ORDER (PROPOSED)**

Based upon the stipulation of the parties, the deadline for defendant Doctor's Research Group, Inc. to Answer or otherwise respond to the Complaint is extended through August 1, 2000.

SIGNED on June 14, 2000.

BY THE COURT:

Jonathan Lebedoff
U.S. District Court Magistrate Judge