**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

MINNESOTA MINING AND
MANUFACTURING COMPANY,

CIVIL ACTION NO. CV 00859-PAM/JGL

Plaintiff,

vs.

DOCTOR'S RESEARCH
GROUP, INC.,

Defendant.

---

**ORDER**

Upon consideration of Defendant Doctor's Research Group, Inc.'s ("DRG") Unopposed Motion for Extension of Time to Respond to Complaint, it is ORDERED that this request is granted and that the due date for DRG's answer or other response to Minnesota, Mining and Manufacturing, Co.'s Complaint is changed to August 1, 2000.

SIGNED on ________________, 2000.

BY THE COURT:

________________________

The Honorable Jonathan G. Lebedoff
United States Magistrate Judge

1966901v1

FILED 7-18-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________