UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Minnesota Mining and
Manufacturing Company,

Plaintiff, CIVIL 00-859 PAM/JGL

v.

Doctors Research Group, Inc.,

Defendant,

---

Minnesota Mining and
Manufacturing Company,

Plaintiff, CIVIL 00-1493 JRT/FLN

v.

Doctors Research Group, Inc.,

Defendant.

---

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Civil Case 00-859 PAM/JGL having been assigned to Judge Paul A. Magnuson and Civil Case 00-1493 JRT/FLN having later been assigned to Judge John R. Tunheim, said matters being related cases,

**IT IS HEREBY ORDERED** that Civil Case 00-1493 JRT/FLN, be assigned to Judge Paul A. Magnuson, nunc pro tunc, by use of a card on the Patent list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Order dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: August 16, 2000.

**PAUL A. MAGNUSON, Chief Judge**
United States District Court

Dated: August 24, 2000.

**JOHN R. TUNHEIM, Judge**
United States District Court

FILED AUG 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

00-1493PAM/JGL
3M vs. Doctors Research Group, Inc.

This action has been re-assigned from Judge John R. Tunheim to Chief Judge Paul A. Magnuson as a related case to 00-859 already assigned to Judge Magnuson. Please use the following file number when submitting materials to the court in the future:

00-1493PAM/JGL