IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY, Plaintiff, | CIVIL ACTION NO. CV 00859-PAM/JGL |
| vs. | |
| DOCTOR'S RESEARCH GROUP, INC., Defendant. | |

CONSENT JUDGMENT AND PERMANENT INJUNCTION

Plaintiff Minnesota Mining and Manufacturing Company (hereinafter "3M") having filed its Complaint herein on April 6, 2000 and its Amended Complaint on June 19, 2000, and defendant Doctor's Research Group, Inc. (hereinafter "DRG") having consented to the entry of this Consent Judgment And Permanent Injunction, to be binding on DRG, its officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice thereof by personal service or otherwise:

NOW, THEREFORE, upon consent of the parties hereto,

IT IS FOUND, ORDERED, ADJUDGED and DECREED that final judgment in favor of 3M and against DRG be entered as follows:

1. This Court has jurisdiction over the parties hereto and has jurisdiction over the subject matter of Plaintiff's claims for relief pursuant to 28 U.S.C. §§ 1121, 1131, 1138(a) and

FILED NOV 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD NOV 03 2000
DEPUTY CLERK

1138(b), and has supplemental jurisdiction over the claims under Minnesota law pursuant to 28 U.S.C, § 1367(a). Venue is proper in this district.

2. 3M is the owner of the trademark LITTMANN (the "LITTMANN mark"), which it uses as the primary brand for its line of stethoscopes. 3M, through its predecessor-in-interest, first used the LITTMANN mark in commerce that may lawfully be regulated by Congress at least as early as 1942, and has continuously used the LITTMANN mark in connection with stethoscopes and related products since that time.

3. 3M presently markets stethoscopes to health care personnel under the LITTMANN mark through distributors of healthcare supplies, through direct sales and through its website.

4. The LITTMANN mark serves to identify and indicate the source of 3M's products to the consuming public; moreover, the LITTMANN mark distinguishes 3M's products from those of other manufacturers.

5. As a result of 3M's efforts, the consuming public in Minnesota and throughout the United States recognizes and associates the LITTMANN mark with 3M and its products.

6. As a result of 3M's long use and promotion of the LITTMANN mark in Minnesota and throughout the United States, 3M has developed valuable goodwill in the LITTMANN mark. The LITTMANN mark represents products indicative of 3M's commitment to providing high quality, innovative products to consumers.

7. 3M has acquired valuable common law rights in the LITTMANN mark.

8. 3M has registered the LITTMANN mark on the Principal Register of the United States Patent and Trademark Office.

9. 3M owns the following federal registrations for the LITTMANN mark: REG. NO. 751,809 Electrocardiograph electrodes, stethoscopes; 791,092 Cutters for segmenting cardiograph leads and locating and boards for positioning and mounting said segmented leads on sheets containing medical records; 943,892 Pad of electro conductive gel supported by a porous non-woven fabric for use between a medical patient and the electrode from an electrocardiograph machine; 988,946 Mounts comprising blank charts for receiving tracings from an electrocardiograph machine; 1,115,217 Eartips for stethoscopes; 1,276,855 Electro lead wires for an electrocardiograph machine. Each of these registrations is valid, subsisting, enforceable, and in full force and effect. Each of the registrations, except U.S. Registration No. 1,115,217, is incontestable in accordance with the provisions of 15 U.S.C. § 1065.

10. DRG has engaged in various acts including manufacturing, offering for sale and selling in commerce stethoscopes employing promotional campaigns in which it states, in attention-getting large letters and bold pint, that it will "UPGRADE YOUR LITTMANN STETHOSCOPE FOR FREE." DRG also has indicated in some of its literature, and has communicated to 3M's employees and others, that it will "recondition" the LITTMANN stethoscopes it receives and donate them to a charity. DRG has also replaced the tubing on 3M's LITTMANN stethoscopes with its own tubing. 3M did not authorize DRG to use the LITTMANN mark in connection with DRG's manufacture, sale or offering for sale of DRG's products. Representative samples of DRG's promotional literature are attached hereto as Exhibits A through E.

11. DRG's "UPGRADE YOUR STETHOSCOPE FOR FREE" campaign and variations thereof, and its unauthorized use of LITTMANN generally, have caused actual

confusion, and are likely to cause more confusion, among 3M's customers and others in the marketplace as to whether DRG and its products are associated or affiliated with 3M and its products. DRG's unauthorized use of the LITTMANN marks thus enables it to trade on and receive the benefit of the goodwill built up at great labor and expense over many years by 3M, and to gain acceptance for its products not solely on its own merits, but on the reputation and goodwill of 3M and its marks. DRG has been and continues to be unjustly enriched at 3M's expense by its unauthorized use of the LITTMANN mark. In response to the filing of this lawsuit, DRG voluntarily discontinued the "UPGRADE YOUR STETHOSCOPE FOR FREE" campaign.

12. DRG's promotional literature, magazine advertisements, website and product inserts make various claims regarding the characteristics and qualities of DRG's stethoscope products, both as to the products themselves and in comparison with competing products, including 3M's LITTMANN stethoscopes.

13. DRG's commercial advertising and promotion claims regarding the nature, characteristics, and qualities of its stethoscope products, both as to those products themselves and in comparison with competing products, including 3M's LITTMANN stethoscopes, which are complained of in this litigation and incorporated herein, have deceived and have the tendency to deceive a substantial portion of customers and potential customers of the parties. The false and misleading advertising and promotion claims of DRG are material and are likely to unfairly influence the buying decision regarding a stethoscope purchase, to the detriment of 3M and the consuming public.

14. The acts of DRG complained of in this litigation constitute trademark infringement under the Lanham Act, 15 U.S.C. § 1114(1).

15. The acts of DRG complained of in this litigation constitute unfair competition and false advertising under Section 43(a) of the Lanham Act, 15U.S.C. §§ 1125(a)(1XA) and 1125(a)(1)(B).

16. The acts of DRG complained of in this litigation constitute trademark infringement under the common law of Minnesota.

17. DRG and DRG's officers, agents, servants, employees, and attorneys, and all those persons in active concert or participation with them who receive actual notice hereof, by personal service or otherwise, are permanently enjoined and restrained from: (i) using the phrase "Upgrade Your Littmann For Free" and variations thereof and all other uses of the LITTMANN mark, the 3M mark, or the stylized L mark, and any other mark which is confusingly similar to or likely to dilute the distinctive quality of these marks, including without limitation the script E logo; (ii) modifying and distributing in commerce any LITTMANN stethoscopes or parts of LITTMANN stethoscopes; (iii) using photographs or other depictions of any LITTMANN stethoscope in any advertising and promotional materials; (iv) using model numbers similar or identical to those used by 3M in connection with its stethoscopes and related products; (v) using other trademarks similar or identical to those used by 3M; and (vi) using for its stethoscopes or related products the terms Master, Master II, Master Cardiology, Master Cardiology II; Cardiology II, Cardiology III, Master Classic, Master Classic II, Classic, Classic II, Classic II S.E., Select and Lightweight II or any confusingly similar terms, provided, however, that DRG shall be permitted to use the terms for one month from the date of this Consent Judgment on

existing print materials. At the end of this one month period, DRG shall deliver to 3M for destruction all remaining print materials containing these terms. Nothing in this paragraph shall bar DRG from using the words "Cardiology", "Infant" and "Pediatric" immediately following "DRG PureTone."

18. DRG shall be permitted to make fair uses as defined under the Lanham Act of the marks LITTMANN and 3M, provided that: (i) these marks appear in textual references only and are used in the same font and size as the accompanying text; (ii) the DRG and/or PureTone marks are featured on the same page in at least three times the size of the LITTMANN or 3M marks; (iii) the materials include on the same page a legible notice that LITTMANN and 3M are registered trademarks of the 3M Company and that DRG is not affiliated with or sponsored by 3M Company; and that the distinctive fonts for the LITTMANN and 3M marks are not used in any way.

19. Within 30 days after entry of this Judgment, DRG shall deliver to 3M's counsel for destruction any and all signs, prints, packages, receptacles, and advertisements and any other materials in DRG's possession, custody or control which are prohibited by the terms of paragraph 17.

20. Within 30 days after entry of this Judgment, DRG shall: (i) inform in writing all individuals, organizations and other entities who gave DRG their LITTMANN stethoscopes that DRG is not in any way associated with 3M or authorized or approved by 3M to collect, service, or modify 3M stethoscopes and that DRG's stethoscopes do not constitute an "upgrade" of 3M's stethoscopes; (ii) give to 3M's counsel all those LITTMANN stethoscopes which DRG has in its possession or control which it has not yet modified in any way; and (iii) deliver to 3M's counsel

all those LITTMANN stethoscopes which DRG has in its possession or control which DRG has already modified in any way.

21. DRG shall inform all persons who inquire about DRG's LITTMANN "upgrade" or "replacement" promotion, that DRG is not in any way associated with 3M or authorized or approved by 3M to collect, service or modify 3M stethoscopes and that DRG's stethoscopes do not constitute an' "upgrade" of 3M's stethoscopes.

22. DRG and DRG's officers, agents, servants, employees, and attorneys, and all those persons in active concert or participation with them who receive actual notice hereof, by personal service or otherwise, are permanently enjoined and restrained from:

a. Making the following false and misleading statements:

i) "The ENR tube positions the stethoscope above market leaders like Littmann or Welsh Allyn by offering absolutely the best acoustics."

ii) "DRG immediately positions itself as the best stethoscope of acoustic performance."

iii) "The PureTone will be positioned as the most technologically advanced acoustic stethoscope available."

iv) "In combining the ENR Tube Technology with the DRG Disposable Diaphram with Health Shield, the PureTone will provide excellent product differentiation and superiority."

v) "Health Shield Diaphragm provides superior acoustics to any comparable product on the market offering absolutely the best acoustics"

vi) "It [the Health Shield Diaphragm] provides superior acoustics to any competitive product on the market."

b. Making the following false and misleading statements:

i) "30 times less noise"

ii) "30X less external noise"

iii) "The ENR tube technology has been designed to significantly reduce the amount of external noise introduced into the stethoscope."

iv) "[A] patented, steel, sound separation coil optimizes acoustics, while reducing the ambient noise picked up during auscultation."

v) "The precise combination of metal and rubber not only provide an exceptional acoustic conduit for the transmission of heart sounds, but also cause the sound chamber to be nearly 30 times quieter."

vi) "ENR tube technology reduction in external noise disturbances noisy emergency rooms; noisy offices; ambulances / trauma scenes; disruptive pediatric patients; squirming patients."

vii) "Significantly reduces the amount of ambient noise heard through the stethoscope while performing routine auscultation."

c. Making the following false and misleading statements:

i) "provides a highly acoustic sensitive barrier to harmful viruses and bacteria. The diaphragm material has been impregnated with a silver alloy to provide 99% microbial free. The silver actually prevents microbial growth."

ii) "Reduced transmission of bacteria/ viruses."

iii) ". . , the first to bring a disposable anti-microbial technology to the stethoscope market."

d. Making the following false and misleading statements:

i) "The DRG PureTone will provide clinicians with the most technologically advanced stethoscope on the market."

ii) use of the marketing campaign "UPGRADE YOUR STETHOSCOPE."

e. Making the following false and misleading statements:

i) "[The DRG stethoscope] allows you to measure blood pressure and listen to the sounds of the heart and lung more accurately than ever before."

f. Making the following false and misleading statements:

i) "Patented Gel-Seal (TM) eartips" or "DRG's patent pending GELseal eartips contain a liquid that contours and configures to your personal ear canal anatomy, providing an excellent acoustic seal." However, DRG may state either that a patent is pending or has been issued as long as it has

pending a patent application in, or one has been issued by, the U.S. Patent and Trademark Office which discloses DRG's invention of Gel-Seal eartips.

ii) "This patented material combination provides a soft, acoustically sealed fit."

g. Making any false and misleading representations of fact regarding the origin of manufacture of its stethoscopes, including but not limited to the false and misleading statement, "Made in the U.S.A," provided, however, that DRG may elect to show 3M's counsel that this statement is accurate and, if 3M's counsel agrees, the effect of this provision shall be deleted by letter agreement of the parties.

h. Making the following false and misleading statements:

i) "Our full lines of digital and acoustic stethoscopes have revolutionized auscultation with their ability to . . . increase sensitivity in even the slightest cardio-pulmonary events."

ii) "Surprisingly, there have been few improvements to his original design since 1814. That is, until now."

iii) "The unconventional appearance of the Pure Tone stethoscope begins to demonstrate how truly different it really is."

iv) "The stethoscope also features a non-allergenic tube and antimicrobial diaphragm to ensure health and safety."

v) "Technological advances inside the tube make it easier for you to hear."

vi) "The PureTone Cardiology stethoscopes incorporate a dual lumen ENR tube technology, offering independent sound clarity to each individual ear."

vii) "Hear more clearly with dramatically improved sound transmissions."

viii) "Reduce nosocomial infections while maintaining the highest quality sound transmissions."

ix) "HealthShield Antimicrobial Compound affects over 650 microbes, including MRSA & VRE, E. coli, Staph, Pseudomonas aeruginosa, Salmonella, Candida albicans, Aspergillus niger, Theobacillus thiooxidans."

x) "The C-Flex material provides a deep, low frequency sound, while transmitting a rich, high frequency response."

xi) "The DRG Antimicrobial Stethoscope Diaphragm with HealthShield diaphragm actually kills health-threatening microbes while still delivering pure sound transmissions."

xii) "Helps Prevent Nosocomial Infections."

xiii) "DRG Antimicrobial Stethoscope Diaphragm with HealthShield Antimicrobial Compound Effective for one month's time, then simply replace with a new one."

xiv) "DRG Antimicrobial Stethoscope Diaphragm with HealthShield Antimicrobial Compound Chemically inert, not sensitive to skin oils, cleaning agents, UV light, or extreme temperatures."

xv) "DRG Antimicrobial Stethoscope Diaphragm Chemically inert, not sensitive to skin oils, cleaning agents, UV light, or extreme temperatures."

xvi) "DRG Antimicrobial Stethoscope Diaphragm with HealthShield Antimicrobial Compound Acoustically sensitive to all cardiac and respiratory frequencies."

xvii) "DRG Antimicrobial Stethoscope Diaphragm Acoustically sensitive to all cardiac and respiratory frequencies."

xviii) "DRG Antimicrobial Stethoscope Diaphragm."

xix) "Innovative C-Flex material allows the user to capture a continuous range of low and high frequency sounds."

xx) "The PureTone pediatric and infant stethoscopes feature the superior acoustic response of the DRG stethoscope diaphragm and breakthrough ENR tube technology found on the Pure Tone Classic."

xxi) "Every Echo digital stethoscope incorporates . . . the outstanding acoustic response of the ENR tube technology. . ."

xxii) "Another sound improvement in stethoscope technology allows you to hear even more clearly."

xxiii) "Plus, the incorporation of HealthShield Antimicrobial Compound affects hundreds of microbes for extra safety."

xxiv) "The DRG PureTone is the stethoscope that allows you to measure blood pressure and listen to the sounds of the lungs and heart more accurately than ever thought possible."

xxv) "The PureTone Stethoscopes combine superb chestpiece acoustics with patent ENR tube technology to offer the industry's most technologically advanced line of acoustic stethoscopes."

xxvi) "Beneath the surface, its passive filtering mechanism optimizes acoustics, reducing ambient noise picked up during auscultation."

xxvii) "The revolutionary ENR (External Noise Reduction) tube technology incorporates patented stainless steel coils which shield the stethoscope sound chamber from external noise disturbances such as inadvertent rubbing or patient-induced artifact."

xxviii) "DRG's patented GELseal eartips contain liquid silicone gel . . ."

xxix) "This instrument provides the very best acoustics available through a dual lumen tube and a double-sided chestpiece."

xxx) "Patented dual lumen ENR tube technology significantly reduces the amount of external noise heard through the stethoscope while its stainless steel coils optimizes internal acoustics."

xxxi) "The revolutionary ENR (External Noise Reduction) tube technology incorporates a neoprene tube with patented stainless steel coils. Rub the tube to hear the difference."

xxxii) "Hospital acquired infections are costly in terms of both economics and patient well being. The DRG Antimicrobial Stethoscope Diaphragm with HealthShield™ Antimicrobial Compound is durable, chemically inert and acoustically sensitive."

23. Within 30 days after entry of this Judgment, DRG shall deliver to 3M's counsel for destruction any and all signs, prints, packages, receptacles, and advertisements and any other materials in DRG's possession, custody or control which are prohibited by the terms of paragraph 22.

24. DRG shall immediately provide to all persons selling its stethoscope products a copy of this Consent Judgment and Permanent Injunction. DRG shall collect from such persons and deliver to 3M's counsel for destruction any and all signs, pints, packages, receptacles, and advertisements and any other materials which are prohibited by the terms of paragraph 22.

25. DRG shall not knowingly permit or encourage, directly or indirectly, conduct on the part of anyone which circumvents or contravenes DRG's obligations hereunder. DRG shall make a reasonable effort to promptly give 3M notice of any such conduct of which it becomes aware, and shall cooperate with 3M's reasonable requests for information concerning anyone found to have engaged in conduct that circumvents or contravenes this Consent Judgment And Permanent Injunction and shall assist 3M in terminating such conduct.

26. The parties, their agents, servants, employees, and attorneys, and all persons in active concert or participation with them who receive actual notice thereof, by personal service or otherwise, are preliminarily and permanently enjoined and restrained from making statements to customers or potential customers or public statements about this Lawsuit other than to state the terms of this Consent Judgment And Permanent Injunction.

27. This Consent Judgment And Permanent Injunction is a final adjudication on the merits. In the event of future disputes between the parties, this Consent Judgment And Permanent Injunction shall be *res judicata* and shall have collateral estoppel effect including, for example, as to the validity and enforceability of LITTMANN, 3M and the stylized "L" marks, even if the products in question are different.

28. The injunctive relief granted herein applies to activities in the United States and activities outside the United States which have an effect on commerce which may be lawfully regulated by Congress.

29. DRG shall promptly give copies of this Consent Judgment and Permanent Injunction to all of its present and future subsidiaries, affiliates, directors, principals,

representatives, successors and assigns as well as to those persons and entities identified in the first paragraph of this document.

30. The Court shall retain jurisdiction to construe, interpret, implement and enforce this Consent Judgment And Permanent Injunction upon the application of any party.

Dated: ~~September~~ November 3, 2000

Paul A. Magnuson
United States District Judge

DRG hereby consents to the entry of the foregoing judgment and permanent injunction, and waives any right to appeal:

Doctors Research Group, Inc.

By: Richard DesLaurient

Name:
Title: President
Dated: ~~September~~ October 5, 2000

Approved as to form and content:

For Plaintiff

Dated: ~~September~~ October 16, 2000

FULBRIGHT & JAWORSKI, L.L.P.

By: Mark N. Mutterperl

For Defendant

Dated: ~~September~~ October 6, 2000

LEONARD, STREET AND DEINARD

By: Nicole A. Engisch